1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3

4

5

6

7

8

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.    05-246 M |
| v. | ) | |
| CHRISTOPHER JON COOK, | ) | DETENTION ORDER |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

10

11

        Counts 1-5:   Bank Robbery, in violation of Title 18, U.S.C., Section 2113(a).

Date of Detention Hearing: June 3, 2005.

12

13

        The Court, having conducted an uncontested detention hearing pursuant to Title

14

18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

15

detention hereafter set forth, finds that no condition or combination of conditions which the

16

defendant can meet  will reasonably assure the appearance of the defendant as required and

17

the safety of any other person and the community.  The Government was represented by

18

Tessa Gorman.  The defendant was represented by Carol Koller.

19

        The Government filed a Motion for Detention, to which the defense stipulated.

20

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21

        (1)   The defendant is viewed as a risk of non-appearance as his background

22

              and ties to this district are unknown; he has a history of failing to appear

23

              for court hearings; he has a history of failing to comply with provisions of

24

              supervision; and there is an active warrant for his arrest.

25

        (2)   Due to the nature and seriousness of the crime alleged, in combination

26

DETENTION ORDER
PAGE -1-

1   with the defendant's criminal history,  release of the defendant would pose

2   a risk of danger to the community.

3   (3)  The defendant stipulated to detention.

4  Thus, there is no condition or combination of conditions that would reasonably assure

5  future court appearances.

6

7  **It is therefore ORDERED:**

8   (l)  Defendant shall be detained pending trial and committed to the custody of

9   the  Attorney General for confinement in a correctional facility separate, to

10   the extent practicable, from persons awaiting or serving sentences, or being

11   held in custody pending appeal;

12   (2)  Defendant shall be afforded reasonable opportunity for private

13   consultation with counsel;

14   (3)  On order of a court of the United States or on request of an attorney for the

15   Government, the person in charge of the correctional facility in which

16   Defendant is confined shall deliver the defendant to a United States

17   Marshal for the purpose of an appearance in connection with a court

18   proceeding; and

19   (4)  The clerk shall direct copies of this order to counsel for the United States,

20   to counsel for the defendant, to the United States Marshal, and to the

21   United States Pretrial Services Officer.

22   DATED this 9th day of June, 2005.

23

24   _____

25   MONICA J. BENTON
     United States Magistrate Judge

26

DETENTION ORDER
PAGE -2-